# In the United States Court of Federal Claims

No. 03-2868 T
(Filed: July 14, 2005)

***********************************
*
**AVENTIS, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

This case has been stayed since May 3, 2004, pending the outcome of *Dow Chemical Co. & Subsidiaries v. United States*, 278 F. Supp. 2d 844 (E.D. Mich. 2003), currently on appeal to the Sixth Circuit, which the parties assert "is highly likely . . . to enable them to dispose of this case." Oral argument was held in *Dow Chemical* on June 3, 2005.

On April 28, 2005, the Court ordered the parties to file a joint status report within two weeks of the disposition of the *Dow Chemical* case, or at the very latest, by **August 1, 2005**. The Court now ORDERS that the parties shall file, as an appendix to the August 1, 2005 status report, a copy of the parties' briefs submitted in the Sixth Circuit *Dow Chemical* case.

It is further ORDERED that, if *Dow Chemical* is not disposed of by August 1, 2005, the parties shall file a joint status report with this Court every 90 days, or within 14 days of the final disposition of *Dow Chemical*, whichever occurs first.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge