IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Chief Judge Edward J. Damich)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION REGARDING
THE COURT'S ORDER OF JULY 14, 2005

The Court's order of July 14, 2005, requires that the parties file, as an appendix to their joint status report due no later than August 1, 2005, copies of the briefs filed by the parties in the related case, *Dow Chemical Co. and Subsidiaries v. United States*, No. 03-2360, in the Court of Appeals for the Sixth Circuit. The parties in this case respectfully move the Court for leave to file one copy each (rather than the "original" and two copies required by the Court's Rules) of those briefs, and additionally, that they be permitted to file those briefs in paper form, rather than electronically.

As reason for their request, the parties state that a total of six briefs was filed by the parties in the *Dow Chemical* case in the Sixth Circuit, and the briefs are voluminous.

Additionally, counsel for the parties in this case believe that the issues addressed in the briefs before the appellate court are not present in this case. Rather, the ultimate disposition of *Dow Chemical* will determine the amount of the allowable foreign tax credit available for carryover and potential use by Aventis.

Plaintiff's counsel has authorized defendant's counsel to sign this joint motion on his behalf.

Respectfully submitted,

July 21, 2005
Date

S/ C. VANLEER DAVIS

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)

Attorney for Plaintiff

July 21, 2005
Date

S/MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILLEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

July 21, 2005
Date

S/MILDRED L. SEIDMAN
Of Counsel

Attorneys for Defendant