# In the United States Court of Federal Claims

No. 03-2868 T
(Filed: July 22, 2005)

| | |
|---|---|
| ************************************ | |
| | * |
| **AVENTIS, INC.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On July 14, 2005, the Court ordered the parties to file, as an appendix to the joint status report due on **August 1, 2005**, a copy of the parties' briefs submitted in the Sixth Circuit appeal of *Dow Chemical Co. & Subsidiaries v. United States*, 278 F. Supp. 2d 844 (E.D. Mich. 2003). On July 21, 2005, the parties filed a joint motion requesting that they be permitted to file a single copy of the briefs in paper form instead of multiple copies in electronic form, representing that the briefs are voluminous and that the legal issues in *Dow Chemical* are not the same as the legal issues in this case. Rather, the parties state that it is the ultimate outcome of the *Dow Chemical* case that will affect this case – *i.e.*, the *Dow Chemical* disposition will establish the amount of foreign tax credit available for use by Aventis, a determination that is necessary before this case can proceed.

The Court hereby DENIES the joint motion. However, as an alternative, the Court hereby ORDERS that, on or before **August 1, 2005**, the parties shall deliver one courtesy copy of the briefs to chambers but will not be required to formally file the briefs (The joint status report, of course, must still be formally filed as per the order dated April 28, 2005).

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge