IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Chief Judge Edward J. Damich)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's order of July 14, 2005, the parties herewith report on the current status of the related case, *Dow Chemical Co. and Subsidiaries v. United States*, No. 03-2360, pending in the Court of Appeals for the Sixth Circuit. Oral argument was held in late June. The case is now fully submitted and awaiting decision.

Plaintiff's counsel has authorized defendant's counsel to sign this joint status report on his behalf.

Respectfully submitted,

July 28, 2005
Date

S/ C. VANLEER DAVIS

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)

Attorney for Plaintiff

July 28, 2005
Date

S/MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILLEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

July 28, 2005
Date

S/MILDRED L. SEIDMAN
Of Counsel

Attorneys for Defendant