IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Chief Judge Edward J. Damich)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR LEAVE TO FILE OUT OF
TIME THE PARTIES' JOINT STATUS REPORT

The parties respectfully move for leave to file out of time the accompanying Joint Status Report pursuant to the Court's order of July 14, 2005. That order requires the parties to report every 90 days on the status of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 278 F. Supp.2d 844 (E.D. MI 2003), pending on appeal to the Court of Appeals for the Sixth Circuit (Docket No. 03-2360). The accompanying report was due to be filed on November 1, 2005.

As reason for the instant motion, the parties state that both counsel inadvertently overlooked the November 1 filing date, and they apologize to the Court for this omission. As the accompanying Joint Status Report notes, the status of the *Dow Chemical* litigation has not changed since the filing of our last joint report. Counsel will file their next joint report on January 30, 2006, or within 14 days of the final disposition of *Dow Chemical*, whichever occurs first.

Plaintiff's counsel has authorized defendant's counsel to sign this joint motion on his behalf.

Respectfully submitted,

Nov. 9, 2005
Date

s/ C. VANLEER DAVIS

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

Nov. 9, 2005
Date

s/ MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

Nov. 9, 2005
Date

s/ DAVID GUSTAFSON
Of Counsel
Attorneys for Defendant