IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Chief Judge Edward J. Damich)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of July 14, 2005, the parties respectfully report herewith on the current status of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 278 F. Supp.2d 844 (E.D. MI 2003), pending on appeal to the Court of Appeals for the Sixth Circuit (Docket No. 03-2360).

As stated in our latest joint status report, oral argument was held in late June of 2005.

Plaintiff's counsel has authorized defendant's counsel to sign this joint motion on his behalf.

Respectfully submitted,

| | |
|---|---|
| ____________ | ______________________________ |
| Date | C. VANLEER DAVIS<br>Dechert LLP<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793<br>(215) 994-2528 (phone)<br>(215) 655-2528 (fax)<br>Attorney for Plaintiff |
| ____________ | ______________________________ |
| Date | MARY M. ABATE<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 307-6507 (phone)<br>(202) 514-9440 (fax)<br><br>EILEEN J. O'CONNOR<br>Assistant Attorney General<br>DAVID GUSTAFSON<br>Acting Chief, Court of Federal Claims Section |
| ____________ | ______________________________ |
| Date | Of Counsel<br>Attorneys for Defendant |