IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Chief Judge Edward J. Damich)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT
(CORRECTED)

Pursuant to the Court's order of July 14, 2005, the parties respectfully report herewith on the current status of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States,* 278 F. Supp.2d 844 (E.D. MI 2003), pending on appeal to the Court of Appeals for the Sixth Circuit (Docket No. 03-2360).

As stated in our latest joint status report, oral argument was held in late June of 2005.

Plaintiff's counsel has authorized defendant's counsel to sign this joint report on his behalf.

Respectfully submitted,

Nov. 9, 2005
Date

S/ C. VANLEER DAVIS

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

Nov. 9, 2005
Date

S/ MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

Nov. 9, 2005
Date

S/ DAVID GUSTAFSON

Of Counsel
Attorneys for Defendant