# In the United States Court of Federal Claims

No. 03-2868T

(Filed: January 4, 2006)

AVENTIS, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 4, 2006, the Court held a joint conference call with counsel for the parties to discuss the status of the case, its transfer to the undersigned, and the Standard Special Procedures Order issued by Chief Judge Edward J. Damich. Accordingly:

1. This proceeding shall remain STAYED until 14 days following the disposition of the appeal in the U.S. Court of Appeals for the Sixth Circuit in Dow Chemical Co. and Subsidiaries v. United States, 278 F.Supp.2d 844 (E.D. Mich. 2003), docketed on appeal as Docket No. 03-2360;

2. The parties shall file with the Court a Joint Status Report within 14 days of the disposition of the Dow Chemical case, or by February 1, 2006, whichever is earlier;

3. Thereafter, the parties shall file additional Joint Status Reports on the first business day of every second month for the duration of the stay;

4. In consideration of the recent transfer of this case to the undersigned, the Standard Special Procedures Order issued by Chief Judge Edward J. Damich on January 21, 2004 is no longer in effect in this case.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge