IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of January 4, 2006, the parties respectfully report herewith on the current status of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 278 F. Supp.2d 844 (E.D. MI 2003), pending on appeal to the Court of Appeals for the Sixth Circuit (Docket No. 03-2360).

The Court of Appeals' decision was filed on January 23, 2006, reversing the decision of the district court and remanding for entry of judgment in favor of the United States. The losing party now has 45 days in which to file a petition for rehearing, and 90 days in which to file a petition for a writ of *certiorari* with the Supreme Court. (The 90-

day period for filing a petition for writ of *certiorari* begins to run from the date of the court's final action on the petition for rehearing, if one is filed.)

In accordance with this Court's instructions in its January 4 order, the parties will file another report on the status of the *Dow Chemical* case on April 1, 2006.

Plaintiff's counsel has authorized defendant's counsel to sign this joint report on his behalf.

Respectfully submitted,

Feb. 1, 2006
Date

S/ C. VANLEER DAVIS

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

Feb. 1, 2006
Date

S/ MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

Feb. 1, 2006
Date

S/ STEVEN I. FRAHM

Of Counsel
Attorneys for Defendant