# In the United States Court of Federal Claims

No. 03-2868T

(Filed: March 31, 2006)

*************************************** *
*
AVENTIS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On March 31, 2006, counsel for the parties filed with the Court a Joint Status Report concerning the status of the related litigation in Dow Chemical Co. v. United States, 2006 WL 155152 (6th Cir. 2006). In consideration of the deadlines in that case for a petition for rehearing before the Sixth Circuit Court of Appeals, and a petition for a writ of *certiorari* with the United States Supreme Court, the Court hereby extends the STAY in this case until the next Joint Status Report is due on June 1, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge