# In the United States Court of Federal Claims

No. 03-2868T

(Filed: June 1, 2006)

```
*************************************** *
                                        *
AVENTIS, INC.,                          *
                                        *
                 Plaintiff,             *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                 Defendant.             *
                                        *
*************************************** *
```

ORDER

On June 1, 2006, counsel for the parties filed with the Court a Joint Status Report concerning the status of the related litigation in Dow Chemical Co. v. United States, 2006 WL 155152 (6th Cir. 2006). In consideration of the August 22, 2006 deadline in that case for filing a petition for a writ of *certiorari* with the United States Supreme Court, the Court hereby extends the STAY in this case until September 1, 2006, whereupon the parties shall file a Joint Status Report with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge