IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of June 1, 2006, the parties respectfully report herewith on the current status of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006)

As noted in our latest joint status report, the court of appeals denied the petition of Dow Chemical Company for rehearing *en banc*; and the 90-day period for filing a petition for writ of *certiorari* with the Supreme Court was to expire on August 22, 2006. Dow Chemical has been granted a 60-day extension on the deadline for filing the petition. It thus appears highly likely that a petition for writ of *certiorari* will be filed.

In light of the above, the parties request that the stay of proceedings in this case be extended at least until the filing of another joint status report. They request that the Court schedule the report filing date for November 1, 2006, so that the parties may report with certainty whether a petition for a writ of *certiorari* has been filed.

Plaintiff's counsel has authorized defendant's counsel to sign this joint report on his behalf.

Respectfully submitted,

August 31, 2006
Date

S/ C. VANLEER DAVIS
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

August 31, 2006
Date

S/ MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

August 31, 2006
Date

S/ STEVEN I. FRAHM
Of Counsel
Attorneys for Defendant