# In the United States Court of Federal Claims

No. 03-2868T

(Filed: September 5, 2006)

*************************************** *
*
AVENTIS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On August 31, 2006, counsel for the parties filed with the Court a Joint Status Report concerning the status of the related litigation in Dow Chemical Co. and Subsidiaries v. United States, 435 F.3d 594 (6th Cir. 2006). In consideration of the 60-day extension to the deadline in that case for filing a petition for a writ of *certiorari* with the United States Supreme Court, the Court hereby extends the STAY in this case until November 1, 2006, whereupon the parties shall file a Joint Status Report with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge