# In the United States Court of Federal Claims

No. 03-2868T

(Filed: November 2, 2006)

| | |
|---|---|
| *************************************** | * |
| | * |
| AVENTIS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

ORDER

On November 1, 2006, counsel for the parties filed with the Court a Joint Status Report concerning the related litigation in Dow Chemical Co. and Subsidiaries v. United States, 435 F.3d 594 (6th Cir. 2006). In consideration of the schedule in that case concerning the petition for a writ of *certiorari* with the United States Supreme Court, the Court hereby extends the STAY in this case until January 2, 2007, whereupon the parties shall file a Joint Status Report with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge