IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of November 2, 2006, the parties respectfully report herewith on the current status of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States,* 435 F.3d 594 (6th Cir. 2006)

As reported in our latest joint status report, on October 4, 2006, Dow Chemical Company filed a petition for writ of *certiorari* with the Supreme Court, and the Government's response was due to be filed November 3, 2006. Subsequently, the Government's time to respond to the petition was extended until January 12, 2007.

In light of the above, the parties request that the stay of proceedings in this case be extended at least until the filing of another joint status report. They request that the Court schedule the report filing date for March 1, 2007.

Plaintiff's counsel has authorized defendant's counsel to sign this joint report on his behalf.

Respectfully submitted,

January 3, 2007
Date

S/ C. VANLEER DAVIS
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

| | |
|---|---|
| January 3, 2007<br>Date | S/ MARY M. ABATE |

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

| | |
|---|---|
| January 3, 2007<br>Date | S/ STEVEN I. FRAHM<br>Of Counsel |

Attorneys for Defendant