IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of January 10, 2007, the parties respectfully report herewith on the current status of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006)

On February 20, 2007, the Supreme Court denied Dow Chemical Company's petition for writ of *certiorari*, and the complaint in the district court case has been dismissed. Counsel for the parties in this case are now conferring regarding the appropriate course for resolving this case. Accordingly, the parties request that they be

allowed a period of 30 days within which to make that determination, and then to file a joint report with the Court, proposing further procedures.

In light of the above, the parties request that the stay of proceedings in this case be extended at least until the filing of the proposed joint status report on March 30, 2007.

Plaintiff's counsel has authorized defendant's counsel to sign this joint report on his behalf.

Respectfully submitted,

March 1, 2007
Date

S/ C. VANLEER DAVIS

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

March 1, 2007
Date

S/ MARY M. ABATE
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 1, 2007
Date

S/ STEVEN I. FRAHM
Of Counsel
Attorneys for Defendant