# In the United States Court of Federal Claims

No. 03-2868T

(Filed: March 2, 2007)

| | |
|---|---|
| ***************************************** | * |
| | * |
| AVENTIS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

ORDER

On March 1, 2007, counsel for the parties filed with the Court a Joint Status Report concerning the related litigation in Dow Chemical Co. and Subsidiaries v. United States, 435 F.3d 594 (6th Cir. 2006). In light of the denial by the United States Supreme Court of the petition for a writ of *certiorari* in that case, the parties in this case have requested that this case remain stayed for an additional 30 days so that counsel may determine an appropriate course of action.

For good cause shown, the Court hereby extends the STAY in this case until March 30, 2007, whereupon the parties shall file a Joint Status Report with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge