IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of March 2, 2007, the parties respectfully report herewith on the status of the parties' efforts to determine an appropriate course for resolving this case in light of the final resolution of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

It now appears that administrative settlement between the Internal Revenue Service (IRS) Appeals Office and Dow Chemical of Dow's tax liabilities for later non-suit years has resulted in losses that may be available for carryback to plaintiff's tax year 1992 (the year at issue in this suit). The IRS Appeals Officer notified defendant's counsel

in this suit that the tax computations for Dow have been agreed upon, but that the effect (if any) of those computations on plaintiff's tax liability for the 1992 year still needs to be determined. Counsel for the parties in this case will need to coordinate with the IRS Appeals Office and Dow Chemical in order to make that determination. If it is determined that a loss carryback to the 1992 tax year is available to plaintiff, a recomputation of plaintiff's tax liability for that year will be required.

In light of the above, the parties request that the stay of proceedings in this case be extended for 45 days, until May 14, 2007. If the Court grants this request, the parties propose to file another joint status report on May 14, 2007.

Plaintiff's counsel has authorized defendant's counsel to sign this joint report on his behalf.

Respectfully submitted,

March 29, 2007
Date

S/ C. VANLEER DAVIS
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

March 29, 2007
Date

S/ MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 29, 2007
Date

S/ STEVEN I. FRAHM
Of Counsel
Attorneys for Defendant