# In the United States Court of Federal Claims

No. 03-2868T

(Filed: March 30, 2007)

*************************************** *
*
AVENTIS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On March 29, 2007, counsel for the parties filed with the Court a Joint Status Report concerning the resolution of the related litigation in Dow Chemical Co. and Subsidiaries v. United States, 435 F.3d 594 (6th Cir. 2006). In light of the issue identified by counsel concerning Dow Chemical's tax liabilities, the parties have requested a 45 day enlargement of the stay in this case.

For good cause shown, the Court hereby extends the STAY in this case until May 14, 2007, whereupon the parties shall file a Joint Status Report with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge