IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of March 30, 2007, the parties respectfully report herewith on the status of the parties' efforts to determine an appropriate course for resolving this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006)

As reported in our latest status report, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryback to plaintiff's tax year 1992 (the year at issue in this suit). We also reported that the effect, if any, on plaintiff's tax

liability for 1992 would still need to be determined. Apparently, at the time of filing of our latest report (March 30, 2007), plaintiff had not yet reviewed the computations that the IRS and Dow had agreed on, and plaintiff is still completing that process. After that is accomplished, counsel for the parties will need to coordinate with the IRS and Dow, and, if warranted, arrange for a recomputation of plaintiff's tax liability for 1992.

In the circumstances, the parties request that the stay of proceedings in this case be extended for 30 days, until June 13, 2007, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

May 14, 2007
Date

S/ C. VANLEER DAVIS

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

May 14, 2007
Date

S/ MARY M. ABATE

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

May 14, 2007
Date

S/ STEVEN I. FRAHM

Of Counsel

Attorneys for Defendant