IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of June 14, 2007, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our latest status report, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryover to plaintiff's tax year 1992 (the year at issue in this suit). We also reported that the effect, if any, on plaintiff's tax

liability for 1992 would still need to be determined. Since the filing of that report, plaintiff has reviewed the computations that the IRS and Dow agreed on, and submitted some computations to defendant's counsel. Defendant's counsel subsequently determined that any potential administrative resolution of this case will need to be processed in accordance with the Tax Division's settlement procedures. Accordingly, she will prepare a memorandum recommending administrative resolution, after she returns to the office from annual leave (she is scheduled to return on July 19); and her recommendation will then need to be reviewed and acted upon by the Internal Revenue Service Chief Counsel's Office and by her superiors in the Tax Division.

In the circumstances, the parties request that the stay of proceedings in this case be extended for 30 days (from July 13, 2007), until August 12, 2007, at which time (assuming that the Court grants this request), the parties will file another joint status report.[1]

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

[1]This report is being filed prior to the due date of July 13, because defendant's counsel will be on leave after today (July 6).

Respectfully submitted,

July 6, 2007
Date

S/ C. VanLeer Davis
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

July 6, 2007
Date

S/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 6, 2007
Date

S/ Steven I. Frahm
Of Counsel
Attorneys for Defendant