IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's order of July 11, 2007, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our prior status reports, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryover to plaintiff's tax year 1992 (the year at issue in this suit). We also reported that the effect, if any, on plaintiff's tax

liability for 1992 would still need to be determined; that plaintiff has reviewed the computations that the IRS and Dow agreed on, and submitted some computations to defendant's counsel; and that defendant's counsel subsequently determined that any potential administrative resolution of this case will need to be processed in accordance with the Tax Division's settlement procedures. Although defendant's counsel has begun preparation of her memorandum recommending administrative resolution, it has not yet been completed. She anticipates that it will be completed and forwarded for review and further action by the Internal Revenue Service and by her superiors within the Tax Division within the next 30 days.

In the circumstances, the parties request that the stay of proceedings in this case be extended for 30 days, until September 12, 2007, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

August 13, 2007
Date

S/ C. VanLeer Davis
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

August 13, 2007
Date

S/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

August 13, 2007
Date

S/ G. Robson Stewart

Of Counsel

Attorneys for Defendant