IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of August 14, 2007, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our prior status reports, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryover to plaintiff's tax year 1992 (the year at issue in this suit). We also reported that the effect, if any, on plaintiff's tax

liability for 1992 would still need to be determined; that plaintiff has reviewed the computations that the IRS and Dow agreed on, and submitted some computations to defendant's counsel; and that defendant's counsel subsequently determined that any potential administrative resolution of this case will need to be processed in accordance with the Tax Division's settlement procedures.

Since the filing of our latest report, defendant's counsel submitted a memorandum recommending administrative resolution of the substantive issue in the case, and it has been reviewed by both the case reviewer and the Chief of the Tax Division's Court of Federal Claims Section. It is now being forwarded for review and further action by the Internal Revenue Service and by the Tax Division's Office of Review.[1]

In the circumstances, the parties request that the stay of proceedings in this case be extended for 30 days, until October 12, 2007, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

---

[1]The Section Chief concurred in defendant's counsel's recommendation, subject to confirmation that there is no jurisdictional defect as a result of the Court's decision in *Browning-Ferris Ind., Inc. v. United States*, 75 Fed. Cl. 591 (2007), *rehearing denied* (May 10, 2007) (pending on appeal).

Respectfully submitted,

| | |
|---|---|
| September 12, 2007 | S/ C. VanLeer Davis |
| Date | C. VANLEER DAVIS |
| | Dechert LLP |
| | 4000 Bell Atlantic Tower |
| | 1717 Arch Street |
| | Philadelphia, PA 19103-2793 |
| | (215) 994-2528 (phone) |
| | (215) 655-2528 (fax) |
| | Attorney for Plaintiff |
| September 12, 2007 | S/ Mary M. Abate |
| Date | MARY M. ABATE |
| | Attorney of Record |
| | U.S. Department of Justice |
| | Tax Division |
| | Court of Federal Claims Section |
| | Post Office Box 26 |
| | Ben Franklin Post Office |
| | Washington, D.C. 20044 |
| | (202) 307-6507 (phone) |
| | (202) 514-9440 (fax) |
| | EILEEN J. O'CONNOR |
| | Assistant Attorney General |
| | DAVID GUSTAFSON |
| | Chief, Court of Federal Claims Section |
| | STEVEN I. FRAHM |
| | Assistant Chief |
| September 12, 2007 | S/ David Gustafson |
| Date | Of Counsel |
| | Attorneys for Defendant |