IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE JOINT
STATUS REPORT ONE DAY OUT OF TIME

The parties respectfully move the Court for leave to file their joint status report, required by the Court's order of November 14, 2007, to be filed on December 12, 2007, one day out of time.

As reason for their request, the parties state that counsel, through inadvertence and scheduling conflicts, were unable to contact each other within sufficient time to prepare their joint status report for filing on December 12. Counsel regret any inconvenience to the Court resulting from this delay.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint motion on his behalf.

Respectfully submitted,

December 13, 2007
Date

S/ C. VanLeer Davis
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

December 13, 2007
Date

S/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

December 13, 2007
Date

S/ Steven I. Frahm
Of Counsel
Attorneys for Defendant