IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of November 14, 2007, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our prior status reports, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryover to plaintiff's tax year 1992 (the year at issue in this suit). We also reported that computations have been prepared (with

input from Dow Chemical) and reviewed by the parties, that defendant's counsel submitted a memorandum recommending administrative resolution of the substantive issue in the case, and that (after review by both the case reviewer and the Chief of the Tax Division's Court of Federal Claims Section), the memorandum was forwarded for review and further action by the Internal Revenue Service and by the Tax Division's Office of Review.

We also mentioned that the Section Chief's concurrence in defendant's counsel's recommendation was subject to confirmation that there is no jurisdictional defect as a result of the Court's decision in *Browning-Ferris Ind., Inc. v. United States*, 75 Fed. Cl. 591 (2007), *rehearing denied* (May 10, 2007) (pending on appeal). At the time of the filing or our latest report, we anticipated that the Tax Division would receive the views of the Internal Revenue Service's Chief Counsel's office prior to the due date of the instant report. The Chief Counsel's office identified a new potential issue during that period, however, and as a result they have not yet forwarded their written comments. Defendant's counsel has been notified informally, however, that the Chief Counsel's office believes that this new issue can be resolved in a manner that will be addressed in the written comments, which should be forwarded within the next two weeks. The Tax Division's Office of Review will then complete its review and recommendation for further action.

In the circumstances, the parties request that the proceedings in this case again be stayed for 30 days, until January 12, 2008, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

December 13, 2007
Date

S/ C. VanLeer Davis

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

December 13, 2007
Date

S/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

December 13, 2007
Date

S/ Steven I. Frahm
Of Counsel
Attorneys for Defendant