IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's order of February 14, 2008, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our prior status reports, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryover to plaintiff's tax year 1992 (the year at issue in this suit). We also reported that computations were prepared (with input

from Dow Chemical) and reviewed by the parties, that defendant's counsel submitted a memorandum recommending administrative resolution of the substantive issue in the case, and that (after review by both the case reviewer and the Chief of the Tax Division's Court of Federal Claims Section), the memorandum was forwarded for review and further action by the Internal Revenue Service and by the Tax Division's Office of Review.

We also mentioned that the Section Chief's concurrence in defendant's counsel's recommendation was subject to confirmation that there is no jurisdictional defect as a result of the Court's decision in *Browning-Ferris Ind., Inc. v. United States*, 75 Fed. Cl. 591 (2007), *rehearing denied* (May 10, 2007) (pending on appeal); and that the Internal Revenue Service's Chief Counsel's office had identified a new potential issue that would be addressed in their written comments regarding the proposed settlement. During the period following the filing of our latest joint status report, the Chief Counsel's written comments, including a proposal for resolution of the new issue, were received by the Tax Division. Additional information has been requested of plaintiff's counsel in light of the Chief Counsel's proposal for resolving the new issue, and plaintiff's counsel is currently in the process of complying with that request. In addition, the Tax Division's Office of Review requested additional information from plaintiff's counsel regarding the computations; and that information has been received and is currently being reviewed by the IRS Chief Counsel's office and the Tax Division's Office of Review.

In the circumstances, the parties request that the proceedings in this case again be stayed for 30 days, until April 13, 2008, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

March 14, 2008
Date

S/ C. VanLeer Davis
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

March 14, 2008
Date

S/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

March 14, 2008
Date

S/ Steven I. Frahm
Of Counsel
Attorneys for Defendant