IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

JOINT STATUS REPORT

---

Pursuant to the Court's order of March 17, 2008, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our prior status reports, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryover to plaintiff's tax year 1992 (the year at issue in this suit). As reported previously, defendant's counsel has recommended

administrative resolution of the substantive issues in this case and, in conjunction with consideration by her superiors of that recommendation, some tangential issues have arisen that the parties are in the process of resolving. Once these issues are resolved, the Tax Division's Office of Review will complete its consideration of the proposed resolution of the case and make its recommendation for further action by the Tax Division.

In the circumstances, the parties request that the proceedings in this case again be stayed for 30 days, until May 13, 2008, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

April 14, 2008
Date

S/ C. VanLeer Davis
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

April 14, 2008
Date

S/ Mary M. Abate

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

April 14, 2008
Date

S/ G. Robson Stewart
Of Counsel
Attorneys for Defendant