IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Chief Judge Edward J. Damich)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT MOTION FOR LEAVE TO FILE OUT OF TIME THE PARTIES' JOINT STATUS REPORT

The parties respectfully move for leave to file out of time the accompanying Joint Status Report pursuant to the Court's order of April 15, 2008. That order required the parties to file a joint status report by May 13, 2008.

As reason for the instant motion, the parties state that both counsel inadvertently overlooked the April 13 filing date, and they apologize to the Court for this omission.

Plaintiff's counsel has authorized defendant's counsel to sign this joint motion on his behalf.

Respectfully submitted,

May 15, 2008
Date

s/ C. VANLEER DAVIS
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

May 15, 2008
Date

s/ MARY M. ABATE
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section

May 15, 2008
Date

s/ G. ROBSON STEWART
Of Counsel
Attorneys for Defendant