# In the United States Court of Federal Claims

No. 03-2868T

(Filed: May 16, 2008)

```
**************************************** *
                                         *
AVENTIS, INC.,                           *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

ORDER

On May 15, 2008, counsel for the parties filed with the Court a Joint Status Report requesting that the Court stay this case for an additional 30 days. For good cause shown, the Court hereby extends the STAY in this case until June 16, 2008, whereupon the parties shall file a Joint Status Report with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge