IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of May 16, 2008, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our prior status reports, an administrative settlement between the Internal Revenue Service (IRS) and Dow Chemical of Dow's tax liabilities for later years has resulted in losses that may be available for carryover to plaintiff's tax year 1992 (the year at issue in this suit). As reported previously, defendant's counsel has recommended

administrative resolution of the substantive issues in this case and, in conjunction with consideration by her superiors of that recommendation, some tangential issues arose. All but one of those issues has been resolved at this point, and the parties are continuing to work on resolving that remaining issue. By letter of May 20, 2008, plaintiff submitted additional information that had been requested by the Internal Revenue Service's Chief Counsel's office. That office is currently working with the Internal Revenue Service Center in Ogden, Utah, to determine whether any additional information is necessary to resolve the issue. In the meantime, the Tax Division's Office of Review has completed its consideration of the proposed resolution of the case and made its recommendation for further action by the Tax Division. We believe that, once the one remaining issue is resolved, the parties will be in a position to finalize the proposed administrative resolution.

In the circumstances, the parties request that the proceedings in this case again be stayed for 30 days, until July 16, 2008, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

June 16, 2008
Date

s/ C. VanLeer Davis
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

June 16, 2008
Date

s/ Mary M. Abate
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

June 16, 2008
Date

s/ Steven I. Frahm
Of Counsel
Attorneys for Defendant