IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

JOINT STATUS REPORT

---

Pursuant to the Court's order of June 17, 2008, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006). The parties apologize to the Court for filing this report one day after the stated filing date.

As reported in our prior status reports, the parties have been working toward resolving this case administratively and have resolved all but one issue that involves determining the appropriate method of processing the proposed settlement (and not any

substantive issue that might potentially require resolution by the Court). The Internal Revenue Service's Office of the Chief Counsel has been working with counsel for the parties on this issue, and, although the issue has not yet been resolved, substantial progress has been made since the filing of our latest report. As noted in that report, we believe that, once this one remaining issue is resolved, the parties will be in a position to finalize the proposed administrative resolution.

In the circumstances, the parties request that the proceedings in this case again be stayed for 30 days, until August 16, 2008, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

July 17, 2008
Date

s/ *C. VanLeer Davis*
C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

July17, 2008
Date

s/ *Mary M. Abate*
MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

July 17, 2008
Date

s/ *Steven I. Frahm*
Of Counsel
Attorneys for Defendant