# In the United States Court of Federal Claims

No. 03-2868T

(Filed: July 18, 2008)

| | |
|---|---|
| ****************************************** | * |
| | * |
| AVENTIS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On July 17, 2008, counsel for the parties filed with the Court a Joint Status Report requesting that the Court stay this case for an additional 30 days. For good cause shown, the Court hereby extends the STAY in this case until August 18, 2008, whereupon the parties shall file a Joint Status Report with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge