IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No.03-2868 T
(Judge Thomas C. Wheeler)

AVENTIS, INC.,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's order of July 18, 2008, the parties respectfully report herewith on the status of the parties' efforts to resolve this case in light of the related litigation in *Dow Chemical Co. and Subsidiaries v. United States*, 435 F.3d 594 (6th Cir. 2006).

As reported in our latest status reports, the parties are currently working out the resolution of a non-substantive issue connected with the determination of the appropriate method of processing the proposed settlement of this case. Counsel are exploring the

possibility of a side agreement, and are considering the format and language that might be appropriate for such an agreement.

In the circumstances, the parties request that the proceedings in this case again be stayed for 30 days, until September 17, 2008, at which time (assuming that the Court grants this request), the parties will file another joint status report.

Plaintiff's counsel has authorized defendant's counsel to sign and file this joint report on his behalf.

Respectfully submitted,

August 18, 2008
Date

s/ *C. VanLeer Davis*

C. VANLEER DAVIS
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2528 (phone)
(215) 655-2528 (fax)
Attorney for Plaintiff

August 18, 2008
Date

s/ *Mary M. Abate*

MARY M. ABATE
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6507 (phone)
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section

August 18, 2008
Date

s/ *Steven I. Frahm*
Of Counsel

Attorneys for Defendant



3518102.1